**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7219**

MALCOLM MUHAMMAD,

             Plaintiff – Appellant,

        v.

R. MATHENA, Warden; J. WARATH, Assistant Warden; A. DAVID
ROBINSON, Chief of Operations; J. OWENS, Property Officer;
S. SHORTRIDGE, Mailroom Supervisor; MAJOR  GALLAHART,

             Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Jackson L. Kiser, Senior
District Judge.  (7:14-cv-00142-JLK-RSB)

Submitted:  January 21, 2016          Decided:  February 1, 2016

Before WILKINSON and GREGORY, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Malcolm  Muhammad,  Appellant  Pro  Se.  Nancy  Hull  Davidson,
Assistant  Attorney  General,  Richard  Carson  Vorhis,  Senior
Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcolm Muhammad appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Muhammad v. Mathena</u>, No. 7:14-cv-00142-JLK-RSB (W.D. Va. July 14, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2